**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.one37pm.com/style/jonah-hill-marni-jacket-outfit

STYLE

# A Systematic Breakdown of Jonah Hill's Outfit Recipe

And the best part isn't even a fashion accessory

ah Fits/Marni





**EXHIBIT 2:** INFRINGEMENT# 2
URL: https://www.one37pm.com/style/jonah-hill-marni-jacket-outfit

We broke down his style so you can shop the look, giving you Jonah Hill's exact item (called "his pick"), plus "save" and "splurge" versions of each element.

